NELLIE H. GEACH, &c., et al., complainants-respondents,

*v.*

THOMAS C. COLT, JR., et al., defendants-appellants.

[Decided January 3d, 1941.]

496

Mr. J. Branlon Wallace, for the appellants.

Mr. Frederick P. Schenck, for the respondents.

Per Curiam.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Bigelow in the Court of Chancery.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.